Juliana EE, Plaintiff–Appellee,

v.

WASHINGTON COUNTY, et al.,
Defendants–Appellants.

No. 10–35305.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 11, 2011.

Filed March 24, 2011.

Martin Christopher Dolan, David H. Griggs, Dolan Griggs, LLP, Jonathan Ostar, Portland, OR, for Plaintiff–Appellee.

Jacquilyn Saito–Moore, William G. Blair, Hillsboro, OR, for Defendants–Appellants.

Before: THOMAS and GRABER, Circuit Judges, and SELNA,* District Judge.

MEMORANDUM **

Having considered the parties' briefs, the appellate record, and the arguments of counsel on March 11, 2011, the court affirms the denial of defendants' motion for summary judgment for the reasons stated in the district court's Opinion and Order.

AFFIRMED.

---

* The Honorable James V. Selna, United States District Judge for the Central District of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.